No. 71–5418.  SPILLER *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 71–5448.  HAYNES *v.* TEXAS.  Ct. Crim. App. Tex. Certiorari denied.

No. 71–5462.  WHITMORE *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 71–5490.  PETWAY *v.* NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 71–5511.  FARMER *v.* KROPP, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–5513.  ROGERS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 71–5734.  HOAK ET AL. *v.* PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 71–5736.  WILLIS *v.* UNITED STATES.  C. A. D. C. Cir.  Certiorari denied.

No. 71–5738.  ACARINO *v.* MISHLER, CHIEF JUDGE, U. S. DISTRICT COURT.  C. A. 2d Cir.  Certiorari denied.

No. 71–5739.  BARROW *v.* BOUNDS, CORRECTIONS DIRECTOR.  C. A. 4th Cir.  Certiorari denied.

No. 71–5741.  SINCLAIR *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–5746.  GRINDSTAFF *v.* WARDEN, LEAVENWORTH PENITENTIARY.  C. A. 10th Cir.  Certiorari denied.

No. 71–5747.  ROSENBERG *v.* MANCUSI, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 71–5748.  WIMBERLEY *v.* LAIRD, SECRETARY OF DEFENSE, ET AL.  C. A. 7th Cir.  Certiorari denied.